1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Pamela Koussa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA, | No. 3:14-cv-02775-WHA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| BRIAN R. SILVER, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Pamela Koussa and Defendants
2 Brian R. Silver, Diane S. Silver, and Javier Ceja dba Soscol Cafe, the parties to this action, by
3 and through their respective counsel, that pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.
5 Each party is to bear its own attorneys' fees and costs.

7 Date: December 23, 2014                MOORE LAW FIRM, P.C.

9                                         */s/ Tanya E. Moore*
                                          Tanya E. Moore
10                                        Attorneys for Plaintiff
                                          Pamela Koussa

14                                        */s/ Brian R. Silver*
                                          Brian R. Silver
15                                        Attorneys for Defendants
                                          Brian R. Silver, Diane S. Silver, and Javier Ceja
16                                        dba Soscol Cafe

STIPULATION FOR DISMISSAL OF ACTION

Page 2